UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFT AMERICA, INC.,

        Movant,

– against –

CELGARD, LLC,

        Respondent.

**ORDER**

23-mc-00229 (ER)

Ramos, D.J.:

The motion hearing scheduled for August 16, 2023, at 2:30 PM will be held in person.

The parties shall appear in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is SO ORDERED.

Dated:   August 13, 2022
             New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.