UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA TO SAFT AMERICA, INC. | **ORDER**<br>23-mc-00229 (ER) |

Ramos, D.J.:

For the reasons stated on the record, the motion to quash filed by Saft America, Inc., is GRANTED in PART and DENIED in PART, and Celgard, LLC's motion to compel is GRANTED in PART and DENIED in PART.

Saft America, Inc. is directed to reasonably search for and produce non-proprietary and non-privileged documents responsive to Celgard's 2023 Request For Production Nos. 1-6 and 9, 10, and 12 "concerning any Accused Separator Products acquired or purchased from any of the Named Defendants." The balance of the motion to compel is otherwise denied.

It is SO ORDERED.

Dated: August 16, 2023
       New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.